UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAMIEN D. JONES,
etc.,

        Plaintiff,

v.     Case No. 3:08-cv-761-J-32JRK

M. HICKS, etc.; et al.,

        Defendants.

## ORDER

On January 26, 2010, the Court ordered Plaintiff to file his response to Defendants' Motion for Summary Judgment on or before February 22, 2010. Because Plaintiff failed to do so, the Court, on March 4, 2010, entered an order requiring Plaintiff to show cause why this case should not be dismissed for lack of prosecution. The Court also advised Plaintiff that his failure to respond to the Court's order of January 26, 2010, and to show satisfactory cause for his initial failure to respond to that Court order within thirty days would result in the dismissal of this action without further notice.

On April 5, 2010, Plaintiff filed Plaintiff's Response to the Court's Order (Doc. #78), in which he stated that he did not respond to the Defendants' Motion for Summary Judgment because the Defendants did not comply with all of his discovery requests. However, as of the date of this Order, Plaintiff has failed to file

his response to Defendants' Motion for Summary Judgment. Nevertheless, this Court will give Plaintiff one additional opportunity to file his response to Defendants' Motion for Summary Judgment. Therefore, within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall file his response to Defendants' Motion for Summary Judgment. Failure to do so will result in the **dismissal** of this action without further notice.

    2. Plaintiff's request for the appointment of counsel, contained in Plaintiff's Response to the Court's Order (Doc. #78), is **DENIED**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 4th day of May, 2010.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

ps 5/3
c:
Damien D. Jones
Counsel of Record